UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-00218-MC |
| v. | INFORMATION |
| YUAN XIE | 18 U.S.C. §§ 371, 554 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**Conspiracy to Smuggle Goods from the United States**
**(18 U.S.C. §§ 371, 554)**

From on or about December 1, 2016, and continuing to on or about February 7, 2019, in the District of Oregon, defendant YUAN XIE, knowingly and willfully conspired and agreed with others, both known and unknown, to fraudulently export and send over 300 turtles from the United States contrary to Title 16 U.S.C. § 1538(c)(1) and 50 C.F.R. § 14.63, laws, and regulations of the United States, in violation of Title 18 U.S.C. § 554.

### Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, defendant YUAN XIE, committed, among others, the following overt acts:

1. From May 22, 2017 through May 31, 2017, in Eugene, Oregon, defendant conspired with a co-conspirator Xiao Dong Qin to smuggle approximately six eastern box turtles from the Ohio to Hong Kong in the mail, and a required Declaration for Importation or Exportation of Fish and Wildlife was not completed.

2. From May 30, 2017 through June 27, 2017, in Eugene, Oregon, defendant conspired with co-conspirator Qin to smuggle approximately thirty eastern box turtles from Ohio to Hong Kong in the mail, and a required Declaration for Importation or Exportation of Fish and Wildlife was not completed.

3. From June 22, 2017 through July 25, 2017, defendant conspired with co-conspirator Qin to smuggle approximately ten Florida box turtles from Eugene, Oregon to Alabama to Hong Kong in the mail, and a required Declaration for Importation or Exportation of Fish and Wildlife was not completed.

4. From July 19, 2017 through July 31, 2017, defendant conspired with co-conspirator Qin to ship approximately ten Florida box turtles from Eugene, Oregon to New Jersey to Hong Kong in the mail, and a required Declaration for Importation or Exportation of Fish and Wildlife was not completed.

5. From September 21, 2017 through December 14, 2017, in Eugene, Oregon, defendant conspired with co-conspirator Qin to smuggle approximately seventy-eight Florida box turtles, forty-seven North American wood turtles, forty eastern box turtles, and four diamondback terrapins on three airline flights from Los Angeles, California to Shanghai, China, and a required Declaration for Importation or Exportation of Fish and Wildlife was not completed.

6. From December 8, 2017 through March 28, 2018, in Eugene, Oregon, defendant conspired with co-conspirator Qin to smuggle approximately seven spotted turtles, eight North American wood turtles, seven yellow-blotched map turtles, three diamondback terrapins, and nineteen Florida box turtles from the United States, and a required Declaration for Importation or Exportation of Fish and Wildlife was not completed.

7. From March 26, 2018 through May 21, 2018, in Eugene, Oregon, defendant conspired with co-conspirator Qin to smuggle approximately seven Florida box turtles, one diamondback terrapin, thirteen spotted turtles, and one Blanding's turtle from the United States, and a required Declaration for Importation or Exportation of Fish and Wildlife was not completed.

8. From May 1, 2018 through June 17, 2018, in Eugene, Oregon, defendant conspired with co-conspirator Qin to smuggle approximately ten Florida box turtles, twelve diamondback terrapins, and two North American wood turtles from the United States, and a required Declaration for Importation or Exportation of Fish and Wildlife was not completed.

All in violation of Title 18 U.S.C. §§ 371, 554.

\ \ \

\ \ \

\ \ \

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 16 U.S.C. § 3374, all wildlife seized by United States Fish and Wildlife.

Dated: July 13, 2020

                                                              Respectfully submitted,

                                                              BILLY J. WILLIAMS
                                                              United States Attorney

                                                              *s/ Pamela Paaso*
                                                              PAMELA PAASO
                                                              Assistant United States Attorney